United States District Court
Northern District of California

1
2
3
4
5
6
7
8   UNITED STATES DISTRICT COURT
9   NORTHERN DISTRICT OF CALIFORNIA
10
11  GARY FISHER,                                    Case No. 14-cv-01477-WHO (PR)
            Plaintiff,
12
        v.                                          **ORDER OF TRANSFER**
13
    DIRECTOR OF OPS OF CDCR, and
14  WARDEN OF CSP - SACRAMENTO,
15          Defendants.
16
17      This federal civil rights action is TRANSFERRED to the Eastern District of
18  California, wherein venue properly lies because a substantial part of the events or
19  omissions giving rise to the claims occurred, and the defendants named reside, in that
20  district. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a).  The Clerk shall transfer this action
21  forthwith.
22      **IT IS SO ORDERED.**
23  **Dated:** April 29, 2014
24                                                  _____
                                                    WILLIAM H. ORRICK
25                                                  United States District Judge
26
27
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 29, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Gary Fisher F85263
Pelican Bay State Prison B-2-105
P.O. Box 7000
Crescent City, CA 95532

Dated: April 29, 2014

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk